IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated, | : | CIVIL ACTION FILE NO. No. 25-cv-161 |
| Plaintiff, | : | |
| v. | : | |
| HUME HEALTH LLC | : | |
| Defendant. | : | |

**PLAINTIFF'S CONSENT MOTION TO SUBSTITUTE PARTY NAME**

The plaintiff moves to substitute the party name "HUME HEALTH CORP." for the currently named "HUME HEALTH LLC" Fed. R. Civ. P. 21 states that "Parties may be … added by order of the Court on motion of any party or of its own motion at any stage of the action and on such terms as are just." Here, the Defendant has provided Plaintiff's counsel with sufficient information demonstrating their correct name through.

Dated: May 8, 2025

PLAINTIFF, on behalf of herself
and others similarly situated,

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2025, I filed the foregoing through the Court's CM/ECF system.

By: */s/ Anthony Paronich*