# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and other similarly situated,<br><br>    *Plaintiff*,<br><br>v.<br><br>HUME HEALTH, LLC,<br><br>    *Defendant*. | Case No. 3:25-cv-161 |

## ORDER

Pursuant to 28 U.S.C. § 137, it is hereby **ORDERED** that the above referenced case is **REASSIGNED** to the Honorable Katherine A. Crytzer, United States District Judge, for all further proceedings.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**CHIEF UNITED STATES DISTRICT JUDGE**