UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Sheri Butler Brockington

    Plaintiff,

v.

Hume Health Corp.

    Defendant.

Case No. 3:25-cv-00161

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Hume Health, LLC, moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $150.00**

[✔] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

    District of Columbia, Maryland

[✔] AND I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

### OR

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

[ ] An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date:

_____
(Signature–hand signed)

Name: Sabina Schiller
Firm: Scale LLP
Address:

    548 Market Street, STE 86147 San Francisco, CA 94104

Email address: sschiller@scalefirm.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.