**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated, | : : : : : | |
| Plaintiff, | : | CIVIL ACTION FILE NO. 3:25-cv-00161 |
| | : : | **JURY DEMANDED** |
| v. | : : : | |
| HUME HEALTH CORP., | : : : : | |
| Defendant. | : | |

---

## JOINT MOTION FOR A PROTECTIVE ORDER

---

Plaintiff Sheri Butler Brockington and Defendant Hume Health Corporation, jointly move the Court to enter the attached Agreed Protective Order to ensure that certain documents and information containing confidential and proprietary information are not used for some improper purpose or outside the scope of this litigation. The Proposed Agreed Protective Order approved by the parties for entry is attached hereto as Exhibit 1.

Respectfully submitted this 8th day of July, 2025.

**WATSON BURNS, PLLC**

*/s/ Frank L. Watson, III*
Frank L. Watson, III (TN #15073)
William F. Burns (TN #17908)
Brice M. Timmons (TN #29582)
253 Adams Ave.
Memphis, TN 38104
Phone: (901) 529-7996

1

*Attorneys for Plaintiff*

**PARONICH LAW, P.C.**

*/s/ Anthony I. Paronich*
Anthony I. Paronich
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com
*Attorneys for Plaintiff*

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

*/s/ Robert F. Tom*
Robert F. Tom (TN #26636)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: 901.577.2159
rtom@bakerdonelson.com

Erika L. Hughes (TN #35755)
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
Telephone: 865.549.7130
ehughes@bakerdonelson.com
*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July 2025, a true and correct copy of the foregoing was served by email and/or electronically by operation of the Court's electronic filing system, on the following:

Frank L. Watson, III (TN #15073)
William F. Burns (TN #17908)
Brice M. Timmons (TN #29582)
253 Adams Ave.
Memphis, TN 38104
Phone: (901) 529-7996
fwatson@watsonburns.com
bburns@watsonburns.com
btimmons@watsonburns.com


Anthony I. Paronich
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com


*/s/ Robert F. Tom*
Robert F. Tom