IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HUME HEALTH CORP.,<br><br>Defendant. | :<br>:<br>:<br>:<br>: CIVIL ACTION NO. 3:25-cv-00161<br>: **JURY DEMANDED**<br>:<br>:<br>:<br>:<br>:<br>: |

## DEFENDANT HUME HEALTH CORP.'S MOTION TO STAY DISCOVERY

Defendant Hume Health Corp. ("Defendant" or "Hume"), by and through counsel, respectfully moves this Court for an Order staying discovery pending the resolution of its Motion for Summary Judgment, filed contemporaneously herewith. As set forth in the accompanying Memorandum of Law and in Hume's Motion for Summary Judgment, no additional discovery is needed to adjudicate the issues in Hume's Motion for Summary Judgment, and a stay of discovery is appropriate in this case.

WHEREFORE, Hume respectfully moves this Court for an Order granting its Motion to Stay Discovery in its entirety and staying discovery pending the resolution of its Motion for Summary Judgment, and granting any further relief as this Court deems just and proper.

Respectfully submitted this 14th day of October, 2025.

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

/s/ Erika L. Hughes
Robert F. Tom (TN #26636)

165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: 901.577.2159
rtom@bakerdonelson.com

Erika L. Hughes (TN #35755)
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
Telephone: 865.549.7130
ehughes@bakerdonelson.com

**SCALE LLP**

*/s/ Sabina S. Schiller*
Sabina S. Schiller (admitted *pro hac vice*)
548 Market Street, Suite 86147
San Francisco, California 94014
Telephone: 816.699.3129
sschiller@scalefirm.com

***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2025, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<em>s/Erika L. Hughes</em>