IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated,

    Plaintiff,

v.

HUME HEALTH CORP.,

    Defendant.

CIVIL ACTION NO. 3:25-cv-00161
**JURY DEMANDED**

## DECLARATION OF ERIKA HUGHES IN SUPPORT OF DEFENDANT HUME HEALTH CORP.'S MOTION TO STAY DISCOVERY

My name is Erika Hughes. I am over the age of eighteen, have never been convicted of a felony, and am competent to make this declaration. The facts in this declaration are within my personal knowledge and are true and correct, and made under the penalty of perjury.

1. I am an attorney with Baker Donelson Bearman Caldwell & Berkowitz, P.C., counsel for Defendant Hume Health Corp. ("Hume") in this case. I have personal knowledge of the facts set forth herein, and, if called as a witness, could and would testify competently to these facts. I offer this Declaration in Support of Hume's Motion to Stay Discovery.

2. On July 1, 2025, Plaintiff's counsel served Plaintiff's first set of discovery requests (the "Discovery Requests") on the undersigned via email. A true and correct copy of the Discovery Requests is attached hereto as Exhibit A.

3. On August 15, 2025, I served Hume's responses and objections ("Responses") to the July 1, 2025 Requests on Plaintiff's counsel via email, pursuant to the parties' agreement to permit service by email.

1

4. On September 9, 2025, I served Hume's first document production (Hume-Brockington000001-06) on Plaintiff's counsel via email. A true and correct copy of the documents produced, compiled as a single exhibit, is attached hereto as Exhibit B.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed at 2:30 pm on the 13th day of October, 2025.

*Erika J. Hughes*
Erika Hughes
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
*Attorneys for Defendant Hume Health Corp.*