# EXHIBIT B

**How they found you recently**

Source: facebook

Campaign: MD | Hume | Whistelist | ASC

Content: Video | BT1_hook1 | PDP3

Medium: paid

Term: MD | Hume | Whistelist | ASC Ad set

Referrer: –

First page: https://humehealth.com/pages/pdp3?utm_source=facebook&utm_medium=paid&utm_campaign=MD+%7C+Hume+%7C+Whistelist+%7C+ASC&utm_term=MD+%7C+Hume+%7C+Whistelist+%7C+ASC+Ad+set&utm_content=Video+%7C+BT1_hook1+%7C+PDP3&fbadid=120213983240810225&fbclid=IwY2xjawH9XWJleHRuA2FlbQEwAGFkaWQBqxX7H39JQQEdErOojrhC64g2ncBNYrazx_ClWim62ZQPYZ4t-4ub2K2ksZwQKhjUvTQ6_aem_YB0fQrBMbQin667LcwAqxA&campaign_id=120213982917830225&ad_id=120213983240810225&utm_id=120213982917830225

Hume-Brockington 000001

## Information

**Profile details**

| | |
|---|---|
| Unique ID | 01JJ66W44HE484GC72TYD9ZM0J |
| Locale | en |
| Location | Hixson, Tennessee, United States |
| Timezone | America/New_York |
| IP Address | 2601:781:c200:5330:e0ff:33aa:8783:8ae9 |

**How they found you**

| | |
|---|---|
| Source | facebook |
| Campaign | MD | Hume | Whistelist | ASC |
| Content | Video | BT1_hook1 | PDP3 |
| Term | MD | Hume | Whistelist | ASC Ad set |
| Medium | paid |

Hume-Brockington 000002


Hume-Brockington 000003

Hume-Brockington 000004



Hume-Brockington 000005

Hume-Brockington 000006