IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HUME HEALTH CORP.,<br><br>Defendant. | CIVIL ACTION NO. 3:25-cv-00161<br>**JURY DEMANDED** |

## DEFENDANT HUME HEALTH CORP.'S MOTION FOR SUMMARY JUDGMENT

Defendant Hume Health Corp. ("Defendant" or "Hume"), by and through counsel, pursuant to Federal Rule of Civil Procedure 56, respectfully moves this Court for an Order granting summary judgment in its favor on Plaintiff's claims regarding alleged violations of the Telephone Consumer Protection Act (47 U.S.C. § 227). As set forth in the accompanying Memorandum of Law, there are no genuine issues of material fact for trial, and Hume is entitled to judgment in its favor as a matter of law. In support of its Motion, Hume relies upon: (1) Declaration of Marius Ronnov, attached hereto as <u>Exhibit 1</u>; (2) Declaration of Arturs Uskans, attached hereto as <u>Exhibit 2</u>; (3) Hume's Statement of Undisputed Material Facts, filed contemporaneously herewith; and (4) Hume's Memorandum of Law in Support of Hume's Motion for Summary Judgment.

WHEREFORE, Hume respectfully moves this Court for an Order granting its Motion in its entirety, entering summary judgment in its favor, and granting any further relief that this Court deems just and proper.

Respectfully submitted this 14th day of October, 2025.

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

*/s/ Erika L. Hughes*
Robert F. Tom (TN #26636)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: 901.577.2159
rtom@bakerdonelson.com

Erika L. Hughes (TN #35755)
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
Telephone: 865.549.7130
ehughes@bakerdonelson.com

**SCALE LLP**

*/s/ Sabina S. Schiller*
Sabina S. Schiller (admitted *pro hac vice*)
548 Market Street, Suite 86147
San Francisco, California 94014
Telephone: 816.699.3129
sschiller@scalefirm.com

***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2025 a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

<u>s/Erika L. Hughes</u><br>
Attorney