IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated,

    Plaintiff,

v.

HUME HEALTH CORP.,

    Defendant.

CIVIL ACTION NO. 3:25-cv-00161
**JURY DEMANDED**

### DECLARATION OF MARIUS RONNOV IN SUPPORT OF DEFENDANT HUME HEALTH CORP.'S MOTION FOR SUMMARY JUDGMENT

My name is Marius Ronnov. I am over the age of eighteen, have never been convicted of a felony, and am competent to make this declaration. The facts in this declaration are within my personal knowledge and are true and correct, and made under the penalty of perjury.

1. I am the Chief Executive Officer at Hume Health Corp. ("Hume"), the Defendant in this case. I have served as Hume's CEO since its inception. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to these facts. I offer this Declaration in Support of Hume's Motion for Summary Judgment.

2. Hume runs advertisements for its products on Facebook. When an individual clicks on such an advertisement, the individual is re-directed to Hume's website, where a pop-up window appears. The pop-up window displays a blank space for the individual to provide an email and/or phone number, and, below this space, appears the following language (or substantively identical language): "By submitting this form, you consent to receive information (e.g., order updates) and/or marketing texts (e.g., cart reminders) from Hume Health including texts sent by autodialer. Consent is not a condition of purchase . . . ." Underneath this language appears the following two

1

Case 3:25-cv-00161-KAC-DCP  Document 35-1  Filed 10/14/25  Page 1 of 3
PageID #: 132

EXHIBIT 1

options: "SIGN UP," and "No Thanks." As of January 22, 2025, the same or substantially similar language to that set forth above would have appeared to any individual visiting Hume's website, including Plaintiff.

3. Hume engaged WizRocket, Inc. d/b/a CleverTap ("CleverTap") to record the personal information entered into the web form described in Paragraph 2 and to use the information to send certain marketing text messages on Hume's behalf.

4. On or about June 5, 2025, Mr. Arturs Uskans (Growth Consultant at Hume) accessed the CleverTap platform, located the Plaintiff within the system, and obtained the relevant data by capturing screenshots directly from the platform. These screenshots were then shared electronically on the same day with both myself and Mr. Jeffrey Lee (Growth Officer at Hume). A true and correct copy of these screenshots is attached as Exhibit A to the Declaration of Arturs Uskans in Support of Hume's Motion for Summary Judgment (hereinafter, "Exhibit A").

5. On or about July 11, 2025, I accessed the above-described information on the CleverTap platform using my own administrative login credentials. I located the Plaintiff and independently verified the accuracy of the information previously obtained by Mr. Uskans and reflected in Exhibit A.

6. The screenshots in Exhibit A show that Plaintiff, on or about January 22, 2025, entered the telephone number 423-718-XXXX, along with her email address, sbrockington877@gmail.com, on Hume's web form. Exhibit A at 3. At that time, Plaintiff also clicked the box "SIGN UP." At the time she provided this information and signed up, Plaintiff would have viewed the precise language (or substantively identical language) to the language set forth above in Paragraph 2.

2

7.      Additionally, Exhibit A shows the Plaintiff subscribed to text (SMS) and email marketing, that she viewed Hume's products, and that she received text and email communications from Hume only after she provided her consent. *See* Exhibit A. Exhibit A also reflects that Plaintiff unsubscribed from email and text marketing communications on March 18, 2025. Exhibit A at 4. Hume has not sent any marketing communications to Plaintiff since March 18, 2025.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Signed at ___13.15___ on the 29 day of September, 2025.

Marius Ronnov
Chief Executive Officer
Hume Health Corp.

3