**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated, | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:25-cv-00161 **JURY DEMANDED** |
| v. | : | |
| HUME HEALTH CORP., Defendant. | : | |

**DECLARATION OF SIA AU MEDIA IN SUPPORT OF DEFENDANT HUME HEALTH CORP.'S MOTION FOR SUMMARY JUDGMENT**

I am a duly authorized board member of SIA AU Media, a limited liability company organized and existing under the laws of the Republic of Latvia, with registration number 40203500391 and legal address "Ingas", Abavas pag., Talsu nov., LV-3294, Latvia. Information about the company is available through the official Latvian company registry at https://info.ur.gov.lv/?#/legal-entity/40203500391. I make this declaration solely in my representative capacity on behalf of SIA AU Media. Nothing in this declaration should be construed as a personal undertaking or liability of mine as an individual.

1. SIA AU Media provided growth advisory services to Hume Health Corp. ("Hume"), the Defendant in this case. At all times relevant to the allegations in the Complaint, SIA AU Media rendered professional services to Hume. SIA AU Media provided these services as an independent professional service provider and was not an employee, agent, or affiliate of Hume Health Corp. The facts stated in this declaration are based on the knowledge and records of SIA AU Media. If called as a witness in this matter, SIA AU Media, through its authorized representative, could and would testify competently to these facts. SIA AU Media offers this Declaration in Support of Hume's Motion for Summary Judgment.

EXHIBIT 2

Doc ID: 97e595f9530305

2. Hume runs advertisements for its products on Facebook. When an individual clicks on such an advertisement, the individual is re-directed to Hume's website, where a pop-up window appears. The pop-up window displays a blank space for the individual to provide an email and/or phone number, and, below this space, appears the following language (or substantively identical language): "By submitting this form, you consent to receive information (e.g., order updates) and/or marketing texts (e.g., cart reminders) from Hume Health including texts sent by autodialer. Consent is not a condition of purchase . . . ." Underneath this language appears the following two options: "SIGN UP," and "No Thanks."

3. Hume engaged WizRocket, Inc. d/b/a CleverTap ("CleverTap") to record the personal information entered into the web form described in Paragraph 2 and to use this information to send certain marketing text messages on Hume's behalf.

4. On or about June 5, 2025, acting in the ordinary course of SIA AU Media's services to Hume, I accessed the CleverTap platform using my company administrative login credentials issued to and used by SIA AU Media in the course of its services. I located the Plaintiff within the system and obtained the relevant data by capturing screenshots directly from the platform. These screenshots were then shared electronically on the same day with Mr. Marius Ronnov (Chief Executive Officer) and Mr. Jeffrey Lee (Growth Officer at Hume). A true and correct copy of the screenshots obtained from the CleverTap platform are attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed at Riga, Latvia on the 2nd day of October, 2025.

Arturs Uskans
Board member of SIA AU Media

Doc ID: 97e595f953030578d266e4200cb82721dd55422b

# EXHIBIT A

## How they found you recently

| | |
|---|---|
| **Source** | facebook |
| **Campaign** | MD \| Hume \| Whistelist \| ASC |
| **Content** | Video \| BT1_hook1 \| PDP3 |
| **Medium** | paid |
| **Term** | MD \| Hume \| Whistelist \| ASC Ad set |
| **Referrer** | - |
| **First page** | https://humehealth.com/pages/pdp3?utm_source=facebook&utm_medium=paid&utm_campaign=MD+%7C+Hume+%7C+Whistelist+%7C+ASC&utm_term=MD+%7C+Hume+%7C+Whistelist+%7C+ASC+Ad+set&utm_content=Video+%7C+BT1_hook1+%7C+PDP3&fbadid=120213983240810225&fbclid=IwY2xjawH9XWJleHRuA2FlbQEwAGFkaWQBqxX7H39JQQEdErOojrhC64g2ncBNYrazx_CIwim62ZQPYZ4t-4ub2K2ksZwQKhjUvTQ6_aem_YB0fQrBMbQin667LcwAqxA&campaign_id=120213982917830225&ad_id=120213983240810225&utm_id=120213982917830225 |

# Information

## Profile details

| | |
|---|---|
| **Unique ID** | 01JJ66W44HE484GC72TYD9ZM0J |
| **Locale** | en |
| **Location** | Hixson, Tennessee, United States |
| **Timezone** | America/New_York |
| **IP Address** | 2601:781:c200:5330:e0ff:33aa:8783:8ae9 |

## How they found you

| | |
|---|---|
| **Source** | facebook |
| **Campaign** | MD \| Hume \| Whistelist \| ASC |
| **Content** | Video \| BT1_hook1 \| PDP3 |
| **Term** | MD \| Hume \| Whistelist \| ASC Ad set |
| **Medium** | paid |

All events

Start date | End date

- Received email "Email #1"
  Feb 3, 2025, 1:48 PM GMT+2
- Received email "Wed - 29th Sept (clone)"
  Jan 29, 2025, 2:15 PM GMT+2
- Received email "Mon - 27th Jan"
  Jan 27, 2025, 3:02 PM GMT+2
- Received email "HH Welcome Flow Email 4 (SMS)"
  Jan 26, 2025, 6:03 PM GMT+2
- Received email "HH Welcome Flow Email 3 (SMS)"
  Jan 24, 2025, 6:07 PM GMT+2
- Received email "Abandoned Site Flow Email 2"
  Jan 23, 2025, 8:12 AM GMT+2
- Received email "HH Welcome Flow Email 2 (SMS)"
  Jan 23, 2025, 7:16 AM GMT+2
- Received email "Abandoned Site Flow Email 1"
  Jan 22, 2025, 8:13 AM GMT+2
- Viewed Product Reclaim
  Jan 22, 2025, 7:18 AM GMT+2
- Viewed Product
  Jan 22, 2025, 7:17 AM GMT+2
- Received email "HH Welcome Flow Email 1 (SMS)"
  Jan 22, 2025, 7:17 AM GMT+2
- Form completed by profile
  Jan 22, 2025, 7:14 AM GMT+2
- Subscribed to "PLTHORA - Pop-up SMS subscribers"
  Jan 22, 2025, 7:14 AM GMT+2
- Subscribed to SMS Marketing
  Jan 22, 2025, 7:14 AM GMT+2
- Received email "HH Welcome Flow Email 1"
  Jan 22, 2025, 7:14 AM GMT+2
- Subscribed to Email Marketing
  Jan 22, 2025, 7:13 AM GMT+2
- Form submitted by profile
  Jan 22, 2025, 7:13 AM GMT+2
- Subscribed to "PLTHORA - Pop-up sign up"
  Jan 22, 2025, 7:13 AM GMT+2
- Active on Site
  Jan 22, 2025, 7:12 AM GMT+2

**Viewed all events**

There are no more events for this profile

Back to top

sbrockington877@gmail.com

[illegible] 7@gmail.com • +14237183804 • [illegible], Tennessee, United States

Details | Metrics and insights | Lists and segments

View messages | Profile actions

## Email

sbrockington877@gmail.com

Subscription details

| | |
|---|---|
| Status | Unsubscribed |
| Method | Profile page |
| Date | March 18, 2025 at [illegible] PM GMT+2 |
| Unsubscribed by | [illegible]@gmail.com |

## SMS marketing

+1 (423) 718-3804

Subscription details

| | |
|---|---|
| Status | Unsubscribed |
| Method | Manual suppression |
| Date | March 18, 2025 at [illegible] AM GMT+2 |

## SMS transactional

+1 (423) 718-3804

Subscription details

| | |
|---|---|
| Status | Never Subscribed |

## Custom properties

Add custom property

| Key | Value |
|---|---|
| [illegible] | US |
| Source | [illegible] |
| Accepts Marketing | false |
| Shopify Tags | [] |

Information

Profile details

All events

- Active on Site Reclaim — Apr 1, 2025, [illegible] PM GMT+3
- Unsubscribed from Email Marketing — Mar 18, 2025, [illegible] PM GMT+2
- Unsubscribed from SMS Marketing — Mar 18, 2025, [illegible] AM GMT+2
- Received email "14th March - Sales" — Mar 14, 2025, [illegible] PM GMT+2
- Received email "Kickstart Your Day with a High-Protein Breakfast - 13th March" — Mar 13, 2025, [illegible] PM GMT+2
- Received email "Track. Optimize. Transform - 11th March" — Mar 11, 2025, [illegible] PM GMT+2
- Received email "Coaches & Doctors Recommend Us—Here's Why - 10th March" — Mar 10, 2025, [illegible] PM GMT+2
- Received email "Sale - 9th March" — Mar 9, 2025, [illegible] PM GMT+2
- Received email "Sunset Flow Email #2" — Mar 8, 2025, [illegible] PM GMT+2
- Received email "Womens Day - 8th March" — Mar 8, 2025, [illegible] PM GMT+2
- Received email "Sunset Flow Email #1" — Mar 7, 2025, [illegible] PM GMT+2
- Received email "Fri - 7th March (clone) (clone)" — Mar 7, 2025, [illegible] PM GMT+2
- Received email "Wed - 5th March (clone)" — Mar 6, 2025, [illegible] PM GMT+2
- Received email "Wed - 5th March" — Mar [illegible], 2025, [illegible] PM GMT+2
- Received email "Tue - 4th March (clone)" — Mar 4, 2025, [illegible] PM GMT+2
- Received email "February - 6th - Textbased (clone)" — Feb [illegible], 2025, [illegible] PM GMT+2
- Received email "Email #1" — Feb [illegible], 2025, [illegible] PM GMT+2
- Received email "Wed - 29th Sept (clone)" — Jan [illegible], 2025, [illegible] PM GMT+2
- Received email "Mon - 27th Jan" — Jan 27, 2025, [illegible] PM GMT+2
- Received email "[illegible] Welcome Flow Email 4 (SMS)" — Jan [illegible], 2025, [illegible] PM GMT+2
- Received email "[illegible] Welcome Flow Email 3 (SMS)"

All events

Start date | End date

Received email "Email #1"
Feb 3, 2025, 1:46 PM GMT+2

Received email "Wed - 29th Sept (clone)"
Jan 29, 2025, 2:15 PM GMT+2

Received email "Mon - 27th Jan"
Jan 27, 2025, 3:02 PM GMT+2

Received email "HH Welcome Flow Email 4 (SMS)"
Jan 26, 2025, 6:03 PM GMT+2

Received email "HH Welcome Flow Email 3 (SMS)"
Jan 24, 2025, 6:07 PM GMT+2

Received email "Abandoned Site Flow Email 2"
Jan 23, 2025, 8:12 AM GMT+2

Received email "HH Welcome Flow Email 2 (SMS)"
Jan 23, 2025, 7:16 AM GMT+2

Received email "Abandoned Site Flow Email 1"
Jan 22, 2025, 8:13 AM GMT+2

Viewed Product Reclaim
Jan 22, 2025, 7:18 AM GMT+2

Viewed Product
Jan 22, 2025, 7:17 AM GMT+2

Received email "HH Welcome Flow Email 1 (SMS)"
Jan 22, 2025, 7:17 AM GMT+2

Form completed by profile
Jan 22, 2025, 7:16 AM GMT+2

Subscribed to "PLTHORA - Pop-up SMS subscribers"
Jan 22, 2025, 7:14 AM GMT+2

Subscribed to SMS Marketing
Jan 22, 2025, 7:14 AM GMT+2

Received email "HH Welcome Flow Email 1"
Jan 22, 2025, 7:14 AM GMT+2

Subscribed to Email Marketing
Jan 22, 2025, 7:13 AM GMT+2

Form submitted by profile
Jan 22, 2025, 7:13 AM GMT+2

Subscribed to "PLTHORA - Pop-up sign up"
Jan 22, 2025, 7:13 AM GMT+2

Active on Site
Jan 22, 2025, 7:12 AM GMT+2

**Viewed all events**

There are no more events for this profile

Back to top

