IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated,

   Plaintiff,

v.

HUME HEALTH CORP.,

   Defendant.

CIVIL ACTION NO. 3:25-cv-00161
**JURY DEMANDED**

## STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANT HUME HEALTH CORP.'S MOTION FOR SUMMARY JUDGMENT

Defendant Hume Health Corp. ("Defendant" or "Hume"), by and through counsel, submits this Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment:

1. On or about January 22, 2025, Plaintiff clicked on Hume's Facebook advertisement. Plaintiff was re-directed to Hume's website, where a pop-up window appears. Declaration of Marius Ronnov in Support of Motion for Summary Judgment ("Ronnov Decl.") ¶¶ 2, 4-6; Declaration of Arturs Uskans in Support of Motion for Summary Judgment ("Uskans Decl.") ¶ 2, Exhibit A.

2. The pop-up window displays a blank space for the individual to provide an email and/or phone number, and, below this space, appears the following language (or substantively identical language): "By submitting this form, you consent to receive information (e.g., order updates) and/or marketing texts (e.g., cart reminders) from Hume Health including texts sent by autodialer. Consent is not a condition of purchase . . . ." Ronnov Decl. ¶ 2; Uskans Decl. ¶ 2.

3. Underneath the language shown above in paragraph 2 appears the following two options: "SIGN UP," and "No Thanks." Ronnov Decl. ¶ 2; Uskans Decl. ¶ 2.

4. On or about, January 22, 2025, Plaintiff entered the telephone number 423-718-XXXX, along with her email address, sbrockington877@gmail.com, on Hume's web form. At that time, Plaintiff also clicked the box "SIGN UP." Ronnov Decl. ¶ 6; Uskans Decl., Exhibit A.

5. As of January 22, 2025, the same or substantially similar language to that set forth above in paragraph 2 would have appeared to any individual visiting Hume's website, including Plaintiff. Ronnov Decl. ¶ 2.

6. Plaintiff received text marketing communications from Hume after she provided her personal information and clicked "SIGN UP," as described in paragraph 4. Ronnov Decl. ¶ 7; Uskans Decl., Exhibit A.

7. Plaintiff unsubscribed from email and text marketing communications on March 18, 2025. Ronnov Decl. ¶ 7; Uskans Decl., Exhibit A at 4.

8. Hume has not sent any marketing communications to Plaintiff since March 18, 2025. Ronnov Decl. ¶ 7.

Respectfully submitted this 14th day of October, 2025.

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

*/s/ Erika L. Hughes*
Robert F. Tom (TN #26636)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: 901.577.2159
rtom@bakerdonelson.com

Erika L. Hughes (TN #35755)
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
Telephone: 865.549.7130

ehughes@bakerdonelson.com

**SCALE LLP**

*/s/ Sabina S. Schiller*
Sabina S. Schiller (admitted *pro hac vice*)
548 Market Street, Suite 86147
San Francisco, California 94014
Telephone: 816.699.3129
sschiller@scalefirm.com

***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2025, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/Erika L. Hughes*
Attorney
