UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT
KNOXVILLE

**To:** Attorney Hughes

**Case No.:** 3:25-cv-161

**General**

| |
|---|
| No payment submitted. |
| Amount due: |
| Attorney not registered as an E-Filer |
| |

**Complaints**

| |
|---|
| Cover sheet not included |
| Summons not completed or filled out improperly |
| Incorrect party name added |
| Incorrect party role |
| Incomplete name |
| Name in all caps |
| Address information should not have been entered |
| Incorrect cause of action chosen |
| Incorrect nature of suit chosen |
| Wrong division chosen |

**Other filings -- Doc. No.:** 34

| | |
|---|---|
| Filed in wrong case | |
| Wrong event used | |
| s/signature missing | |
| Original signature not in compliance with ECF Rule 6 | |
| Multi-part motion not selected | |
| Attachment should be filed separately | |
| Blank pages | |
| Page orientation wrong | |
| Discovery documents improperly filed (See FRCP 5(d)) | |
| Proposed agreed order: joint motion required (See ECF Rule 4.8) | |
| Copyright/Patent form not filed (See LR 3.1.1) | |
| Other: Exhibits are illegible at pg ids 125-128 | ✓ |

**Action to be taken:** Refile exhibits at pg ids 125-128

Informational only: ☐