## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated, | : | |
| | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:25-cv-00161 |
| | : | **JURY DEMANDED** |
| v. | : | |
| | : | |
| HUME HEALTH CORP., | : | |
| | : | |
| Defendant. | : | |
| | : | |

### NOTICE OF MANUAL FILING PURSUANT TO ECF RULE 4.7

Notice is hereby given that, in accordance with the October 17, 2025 Administrative Notice to Counsel (Document 38), and pursuant to Local ECF Rule 4.7, a thumb drive is being filed in this matter containing a .pdf file of Document 34-2, PageID#123 through PageID#128, which is Exhibit B to Document 34, Defendant Hume Health Corp.'s Motion to Stay Discovery. Please note that the filed .pdf file is also Exhibit A to Document 35-1, the Declaration of Marius Ronnov in Support of Defendant Hume Health Corp.'s Motion for Summary Judgment as well as Exhibit A to Document 35-2, the Declaration of Sia Au Media in Support of Defendant Hume Health Corp.'s Motion for Summary Judgment. The .pdf file consists of 6 pages Bates-stamped "Hume-Brockington 000001" through "Hume-Brockington 000006." Additionally, a thumb drive containing the .pdf file described above is being provided to opposing counsel via regular U.S. Mail as follows:

| | |
|---|---|
| Anthony I. Paronich | Brice M. Timmons |
| Paronich Law, P.C. | William F. Burns |
| Massachusetts | Watson Burns, PLLC |
| 350 Lincoln Street | 5865 Ridgeway Center Parkway |
| Suite 2400 | Suite 300 |
| Hingham, MA 02043 | Memphis, TN 38120 |

| | |
|---|---|
| 617-485-0018<br>Fax: 508-318-8100<br>Email: anthony@paronichlaw.com | 901-828-1322<br>901-529-7996<br>Email: btimmons@watsonburns.com<br>Email: bburns@watsonburns.com |

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

*/s/ Erika L. Hughes*
Robert F. Tom (TN #26636)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: 901.577.2159
rtom@bakerdonelson.com

Erika L. Hughes (TN #35755)
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
Telephone: 865.549.7130
ehughes@bakerdonelson.com

**SCALE LLP**

*/s/ Sabina S. Schiller*
Sabina S. Schiller (admitted *pro hac vice*)
548 Market Street, Suite 86147
San Francisco, California 94014
Telephone: 816.699.3129
sschiller@scalefirm.com

***Attorneys for Defendant***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2025 a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/Erika L. Hughes*
Attorney
