UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| Sheri Butler Brockington, on behalf of herself and others similarly situated,<br><br>     Plaintiff,<br><br>v.<br><br>Hume Health Corp.,<br><br>     Defendant. | Civil Action No. 3:25-cv-00161<br><br>**Jury Demanded** |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S STATEMENT OF MATERIAL FACTS**

  1. On or about January 22, 2025, Plaintiff clicked on Hume's Facebook advertisement. Plaintiff was re-directed to Hume's website, where a pop-up window appears. Declaration of Marius Ronnov in Support of Motion for Summary Judgment ("Ronnov Decl.")¶¶ 2, 4-6; Declaration of Arturs Uskans in Support of Motion for Summary Judgment ("Uskans Decl.") ¶2, Exhibit A.

### Response

Admitted in part. Admitted that, on or about January 22, 2025, Plaintiff viewed Hume's website. Denied that a pop-up window appeared when she visited the site. The assertion that a pop-up "appears" is speculative as to what Plaintiff actually saw and lacks foundation. Plaintiff further denies ever having seen the pop up window. *See* Ronnov Decl. ¶¶2, 4-6; Uskans Decl. ¶2, Exhibit A; Brockington Declaration ¶3.

  2. The pop-up window displays a blank space for the individual to provide an email and/or phone number, and, below this space, appears the following language (or substantively identical language): "By submitting this form , you consent to receive information (e.g., order updates) and/or marketing texts (e.g., cart reminders)

from Hume Health including texts sent by autodialer. Consent is not a condition of purchase . . . ." Ronnov Decl. ¶2; Uskans Decl. ¶2.

## Response

Denied. The cited materials lack foundation and are based on speculation; moreover, Plaintiff denies ever having seen the pop-up window. *See* Ronnov Decl. ¶2 ("The same or substantially similar language to that set forth above *would have appeared* to any individual visiting Hume's website, including Plaintiff."); *See* Uskans Decl. ¶2 (same); *see also* Brockington Decl. ¶3.

3. Underneath the language shown above in paragraph 2 appears the following options: "SIGN UP" and "No Thanks." Ronnov Decl. ¶2; Uskans Decl. ¶2.

## Response

Denied in part. Admitted for the purposes of this motion that the "SIGN UP" and "No Thanks" options appeared to some consumers. Denied to the extent ¶3 purports to establish that those options appeared to Plaintiff. The cited materials lack foundation and are based on speculation with respect to the webpage that Plaintiff is purported to have seen. Further Plaintiff denies having seen the above-mentioned options. *See* Ronnov Decl. ¶2 ("The same or substantially similar language to that set forth above *would have appeared* to any individual visiting Hume's website, including Plaintiff."); *See* Uskans Decl. ¶2 (same); *see also* Brockington Declaration ¶3.

4. On or about, January 22, 2025, Plaintiff entered the telephone number 423-718-XXXX, along with her email address, sbrockington877@gmail.com, on

Hume's web form. At that time, Plaintiff also clicked the box "SIGN UP." Ronnov Decl. ¶6; Uskans Decl., Exhibit A.

### Response

Denied. Brockington Declaration ¶¶2; 4-5.

5. On or about, January 22, 2025 the same or substantially similar language to that set forth above in paragraph 2 would have appeared to any individual visiting Hume's website, including Plaintiff. Ronnov Decl. ¶2.

### Response

Denied. The cited materials lack foundation and are based on speculation. Plaintiff also denies having seen the language discussed above. See Ronnov Decl. ¶2 ("The same or substantially similar language to that set forth above would have appeared to any individual visiting Hume's website, including Plaintiff."); See Uskans Decl. ¶2 (same); *see also* Brockington Decl. ¶3.

6. Plaintiff received text marketing communications from Hume after she provided her personal information and clicked "SIGN UP," as described in paragraph 4. Ronnov Decl. ¶7; Uskans Decl., Exhibit A.

### Response

Denied. Brockington Declaration ¶2-5.

7. Plaintiff unsubscribed from email and text marketing communications on March 18, 2025. Ronnov Decl. ¶7; Uskans Decl., Exhibit A at 4.

**Response**

Admitted.


8. Hume has not sent any marketing communications to Plaintiff since March 18, 2025. Ronnov Decl. ¶7.


**Response**

Admitted.


Dated: November 4, 2025					Respectfully Submitted:


						*/s Anthony I Paronich*
						Paronich Law, P.C.
						350 Lincoln Street, Suite 2400
						Hingham, MA 02043
						617 485-0018
						anthony@paronichlaw.com