UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| Sheri Butler Brockington, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Hume Health Corp.,<br><br>    Defendant. | Civil Action No. 3:25-cv-00161<br><br>**Jury Demanded** |

### DECLARATION OF SHERI BUTLER BROCKINGTON

I, Sheri Butler Brockington, declare as follows:

1. I am the plaintiff in this case. I make this declaration to support my opposition to Defendant's motion for summary judgment (ECF No. 35).

2. Although I visited Hume Health's website, I never submitted my personal information, including my phone number.

3. Nor have I ever viewed any pop-up window, form, or consent language like the one described in the declarations submitted by Hume's witnesses.

4. I never gave Hume Health permission, verbally, in writing, or electronically, to send me telemarketing of any kind.

5. I am not sure how Hume Health received my telephone number, but they did not obtain it from me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

11/04/2025

Dated:

*S Brockington*

Signed: