UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| Sheri Butler Brockington, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Hume Health Corp.,<br><br>    Defendant. | Civil Action No. 3:25-cv-00161<br><br>**Jury Demanded** |

**DECLARATION OF ANTHONY PARONICH IN SUPPORT OF PLAINTIFF'S RULE 56(D) REQUEST**

1. I, Anthony Paronich, declare under 28 U.S.C. § 1746:

2. I am counsel for Plaintiff, Ms. Brockington, in this action. I submit this declaration in support of her request under Rule 56(d) of the Federal Rules of Civil Procedure to deny or defer Defendant Hume Health's motion for summary judgment.

3. Discovery necessary to substantiate Plaintiff's lead-fraud theory—specifically, discovery concerning how Hume obtained the phone number it attributes to Ms. Brockington—has not yet been obtained.

4. Thus far, Hume has produced six documents. No depositions have been taken.

5. As explained in further detail in the attached motion, the mere fact that a consumer visits a company's website and is later called by that company does not establish that that consumer provided her contact information or consented to be called.

6. At a minimum, Plaintiff should be allowed to issue document requests and take depositions to substantiate her theory that Hume's purported consent was the product of lead fraud.

7. Hume's motion relies on untested factual assertions regarding the operation of its website and the process by which it claims to have obtained Ms. Brockington's contact information. Plaintiff has not yet received the discovery required to completely evaluate or challenge those assertions.

8. This discovery is essential to allow Plaintiff to provide a fulsome and more complete response to the motion for summary judgment. Until it is completed, consideration of Hume's motion would be premature.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

November 4, 2025

Dated:               Signed: