# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HUME HEALTH CORP.,<br><br>Defendant. | CIVIL ACTION NO. 3:25-cv-00161<br>**JURY DEMANDED** |

## DEFENDANT HUME HEALTH CORP.'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF DISCOVERY REQUESTS

Pursuant to Fed. R. Civ. P. 33, 34, and 36, Defendant Hume Health Corp. ("Hume" or "Defendant"), by and through counsel, hereby submits these Objections and Responses ("Responses") to Plaintiff Sheri Butler Brockington's ("Plaintiff") First Set of Interrogatories, Requests for Production ("RFP"), and Requests for Admission ("RFA," and, collectively with the Interrogatories and RFPs, the "Requests").

These Responses are being submitted at the outset of discovery and reflect the current state of Hume's investigation into the claims and defenses at issue in this case. Accordingly, these Responses are based solely on information currently available to Hume based on a reasonable investigation.

Further, nothing in these Responses is an admission by Hume regarding the existence of any information, the relevance or admissibility of any information, or the truth or accuracy of any statement or characterization contained in any of the Requests. In responding to these Requests, Hume expressly preserves, and does not waive, any objection on the grounds of privilege,

1

Case 3:25-cv-00161-KAC-DCP    Document 43-1    Filed 11/11/25    Page 2 of 7
PageID #: 201

that is protected or immune from discovery by the attorney-client privilege, the attorney work-product doctrine, or any other applicable doctrine of privilege.

Subject to and without waiving the foregoing objections, Hume responds as follows: Hume caused text messages to be sent to Plaintiff because Plaintiff, on or about January 22, 2025, consented to receiving such text messages from Hume. Further answering, Hume directs Plaintiff to its Response to RFP No. 4.

**INTERROGATORY NO. 6:** Identify from whom, for what purpose, from where, when, why, and how Defendant obtained or procured telephone number 423-718-3804.

**ANSWER:** Hume objects to this Interrogatory on the grounds that it is vague and ambiguous, insofar as it contains multiple terms and phrases that appear to mean the same thing, including, for instance, "for what purpose" and "why," along with "obtained" and "procured," rendering it unclear whether Plaintiff is attempting to distinguish between these terms, and, relatedly, what information is being sought. Hume also objects to this Interrogatory because it is compound and contains multiple subparts, each of which constitutes a separate topic and/or inquiry, and therefore constitutes separate Interrogatories. Hume further objects to this Interrogatory as duplicative of other Requests, including, for example, Interrogatory No. 7, which also renders this Interrogatory unduly burdensome. Hume also objects to this Interrogatory to the extent it seeks information that is protected or immune from discovery by the attorney-client privilege, the attorney work-product doctrine, or any other applicable doctrine of privilege.

Subject to and without waiving the foregoing objections, Hume responds as follows: Hume obtained the telephone number 423-718-3804 on or about January 22, 2025, when this telephone number was provided to Hume. Specifically, on or about January 22, 2025, an individual clicked on a Facebook advertisement for Hume's products, at which point a pop-op window appeared on that individual's computer or telephone screen with a blank space for the individual to provide an

9

email and/or phone number, and, below this space, appeared the following language (or substantively identical language): "By submitting this form, you consent to receive information (e.g., order updates) and/or marketing texts (e.g., cart reminders) from Hume Health including texts sent by autodialer. Consent is not a condition of purchase ..." Below this language appeared the following two options: "SIGN UP," and "No Thanks." Upon viewing this language, the individual entered the telephone number 423-718-3804, along with the email address, sbrockington877@gmail.com, and clicked the box "SIGN UP." Further answering, Hume directs Plaintiff to its Response to RFP No. 5.

**INTERROGATORY NO. 7:** Identify any relationship or account Defendant has or had with Plaintiff, in connection with which Plaintiff could have provided telephone number 423-718-3804 to Defendant.

**ANSWER:** Hume objects to this Interrogatory's use of the undefined terms and/or phrases "relationship," "account," and "in connection with," on the grounds that these terms, individually and collectively, render the Interrogatory vague, ambiguous, overly broad, unduly burdensome, not reasonably calculated to lead to the discovery of admissible evidence, and disproportionate to the needs of this case. Hume further objects to this Interrogatory on the grounds that it is vague, ambiguous, and fails to describe the information sought with the requisite reasonable particularity, and on the grounds that it seeks information outside of Hume's custody, possession, or control, given that this Interrogatory, on its face, asks Hume to speculate as to how Plaintiff "could have provided" telephone number 423-718-3804. Hume further objects to this Interrogatory as duplicative of other Requests, including, for example, Interrogatory No. 6, which also renders this Interrogatory unduly burdensome.

Subject to and without waiving the foregoing objections, Hume responds as follows: Hume directs Plaintiff to its Responses to Interrogatory No. 6 and RFP Nos. 5 and 6.

Respectfully submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

*/s/ Erika L. Hughes*
Robert F. Tom (TN #26636)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: 901.577.2159
rtom@bakerdonelson.com

Erika L. Hughes (TN #35755)
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
Telephone: 865.549.7130
ehughes@bakerdonelson.com


**SCALE LLP**

*/s/ Sabina S. Schiller*
Sabina S. Schiller (admitted *pro hac vice*)
548 Market Street, Suite 86147
San Francisco, California 94014
Telephone: 816.699.3129
sschiller@scalefirm.com

***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing document by serving it on Plaintiff's counsel via email, at the address listed below:

Anthony I. Paronich, Esq.
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Email: anthony@paronichlaw.com


This 15th day of August, 2025.

*s/ Erika L. Hughes*
Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>HUME HEALTH CORP.,<br><br>　　　　　　Defendant. | CIVIL ACTION NO. 3:25-cv-00161<br>**JURY DEMANDED** |

## VERIFICATION

I, Marius Ronnov, am the Chief Executive Officer at Hume Health Corp. ("Hume" or "Defendant"). I am duly authorized by Hume to make this verification of the interrogatory responses to Plaintiff's Interrogatory Nos. 1-15 (the "Responses") on behalf of Hume.

I have read the Responses and am aware of the contents of the Responses. I am informed and believe that the factual statements in the Responses are true.

I declare under penalty of perjury that, to the best of my knowledge, information, and belief, the foregoing is true and correct.

Dated: 29 / 09 / 2025

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Marius Ronnov
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Executive Officer
　　　　　　　　　　　　　　　　　　　　　　　　　　　Hume Health Corp.