UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SHERI BUTLER BROCKINGTON,<br><br>Plaintiff,<br><br>v.<br><br>HUME HEALTH, LLC;<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 3:25-CV-161-KAC-DCP |

**ORDER**

This action is before the Court on periodic review. Plaintiff Sheri Butler Brockington brought this action "on behalf of himself and the following classes . . . pursuant to Federal Rule of Civil Procedure 23" [*See* Doc. 1 at 10]. The Court issued a "Phase One Scheduling Order" [Doc. 31], requiring Plaintiff to "file any motion for class certification under Rule 23 on or before **2/16/2026**" [*See* Doc. 31 at 2]. Plaintiff has not filed any motion for class certification, and the time to do has long passed. Accordingly, the Court will not certify a class in this action. Plaintiff, therefore, is proceeding only on behalf of herself.

SO ORDERED.

KATHERINE A. CRYTZER
United States District Judge