**IN THE UNITED STATES DISTRICT**
**COURT FOR THE EASTERN DISTRICT**
**OF TENNESSEE AT KNOXVILLE**

---

| | | |
|---|---|---|
| SHERI BUTLER BROCKINGTON, on behalf of herself and others similarly situated, | ) | |
| Plaintiff, | ) | No. 3:25-cv-00161-TAV-DCP |
| V | ) | CLASS ACTION |
| HUME HEALTH LLC, | ) | |
| Defendant, | ) | |

---

**MOTION TO WITHDRAWAL AS COUNSEL**

---

Comes now Brice M. Timmons, counsel of record, and respectfully moves this Court for an Order permitting counsel to withdraw from this matter. In support of this Motion, counsel states as follows:

1. Counsel was previously affiliated as local counsel in this matter in connection with the representation of William Burns, now deceased.
2. Counsel does not have ongoing involvement in the representation of the Plaintiffs and is not presently participating in the prosecution or defense of the claims asserted in this matter.
3. In light of the foregoing, counsel respectfully requests that the Court permit Brice M. Timmons to withdraw as counsel of record and remove counsel from further service and notice obligations in this matter.
4. Counsel submits that withdrawal will not prejudice any party or otherwise interfere with the orderly administration of this case.

WHEREFORE, Brice M. Timmons respectfully requests that the Court enter an Order granting this Motion to Withdraw as Counsel and granting such other and further relief as the Court deems appropriate.

Respectfully Submitted,

*/s/ Brice M. Timmons*
Brice M. Timmons, BPR #29582

**Timmons Edgington, PLLC**
5747 Nanjack Circle, PMB 238
Memphis, TN 38115
Tel. (901) 828-1322
brice@timmonsedgington.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of October 2026, a true and correct copy of the foregoing will be served upon all Defendants in this matter via the Court's ECF system.

*/s/ Brice M. Timmons*