UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SHERI BUTLER BROCKINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:25-CV-161-KAC-DCP |
| | ) | |
| HUME HEALTH, LLC; | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Defendant Hume Health, LLC filed a Motion for Summary Judgment [Doc. 35]. The Court would benefit from a hearing on the Motion. Accordingly, the Court will hold an **in-person hearing** on Defendant's Motion for Summary Judgment [Doc. 35] on **October 28, 2026 at 2:00 p.m.** Among other things, the Parties should be prepared to discuss: (1) the phone number(s) Plaintiff Sheri Butler Brockington used on or about January 22, 2025; (2) the email address(es) Plaintiff used on or about January 22, 2025; (3) the precise physical address where Plaintiff resided on or about January 22, 2025; (4) the internet service provider at the precise physical address where Plaintiff resided on or about January 22, 2025, and (5) the IP address(es) for the internet-accessible devices, including computer(s) and mobile phone(s), to which Plaintiff had access on or about January 22, 2025. The Court reminds the Parties of their Rule 11 obligations, *see* Fed. R. Civ. P. 11(b), and the import of judicial admissions, *see MacDonald v. Gen. Motors Corps.*, 110 F.3d 337, 340-41 (6th Cir. 1997).

SO ORDERED.

KATHERINE A. CRYTZER
United States District Judge