UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Sheri Butler Brockington

Plaintiff,

v. Case No. 3:25-CV-161-KAC-DCP

Hume Health, LLC

Defendant.

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for Plaintiff Sheri Butler Brockington, moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $150.00**

- [x] I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

  California

- [x] **AND** I am a member in good standing of another U.S. District Court. A certificate of good standing from the **DISTRICT** court is attached. ).

**OR**

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 10/19/2026

(Signature–hand signed)

Name: Alex N. Jilizian
Firm: PARONICH LAW, P.C.
Address: 350 Lincoln Street, Suite 2400, Hingham, MA 02043
Phone: (213) 866-5293 | Fax: (508) 318-8100

Email address: alex@paronichlaw.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.