# United States District Court
# Northern District of California

## CERTIFICATE OF GOOD STANDING

It is hereby certified that

## Alex Nicholas Jilizian

Bar Number 362307

was duly admitted to practice in this Court on July 10, 2025, and
is in good standing as a member of the bar of this Court.

Signed on October 19, 2026 by

Mark B. Busby, Clerk of Court