**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| Sheri Butler Brockington, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Hume Health Corp.,<br><br>Defendant. | Civil Action No. 3:25-cv-00161 |

**PLAINTIFF'S CONSENT MOTION TO CONTINUE**
**HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff respectfully moves this Court to continue the hearing on Defendant's Motion for Summary Judgment (ECF No. 35), currently scheduled for October 28, 2026, at 2:00 p.m., to November 5, 2026, at 10:00 a.m., or another date and time convenient for the Court. In support, Plaintiff states as follows:

1. On October 14, 2026, the Court entered an Order scheduling a hearing on Defendant's Motion for Summary Judgment for October 28, 2026, at 2:00 p.m. ECF No. 49.
2. Plaintiff respectfully requests a brief continuance of approximately one week due to a scheduling conflict of Plaintiff's counsel regarding a previously scheduled deposition.
3. Counsel for the parties have conferred regarding the requested continuance. Defendant consents to continuing the hearing, subject to counsel's availability and the Court's schedule.
4. The parties have identified November 5, 2026, at 10:00 a.m., as a mutually

agreeable date and time. Defendant's counsel has indicated that the hearing must begin no later than 10:00 a.m. due to a previously scheduled professional commitment later that day.

5. The requested continuance is brief, is sought in good faith, and will not prejudice either party or otherwise affect the existing case schedule.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and reschedule the hearing on Defendant's Motion for Summary Judgment (ECF No. 35) from October 28, 2026, to November 5, 2026, at 10:00 a.m., or such other date and time as the Court deems appropriate.

Dated: October 20, 2026

Respectfully Submitted:

*<u>/s Anthony I Paronich</u>*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
617 485-0018
anthony@paronichlaw.com