UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| Sheri Butler Brockington, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Hume Health Corp.,<br><br>Defendant. | Civil Action No. 3:25-cv-00161 |

**JOINT NOTICE OF AVAILABILITY FOR HEARING**

Pursuant to the Court's October 20, 2026 Order (ECF No. 52), the Parties jointly notify the Court that they are available for a hearing on Defendant's Motion for Summary Judgment on October 26, 2026. The Parties have no unmovable conflicts on that date.

Dated: October 20, 2026

Respectfully Submitted:

*/s Anthony I Paronich*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
617 485-0018
anthony@paronichlaw.com

*s/Erika L. Hughes*
Baker Donelson Bearman Caldwell & Berkowitz
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
ehughes@bakerdonelson.com