**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| Sheri Butler Brockington, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Hume Health Corp.,<br><br>Defendant. | Civil Action No. 3:25-cv-00161 |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sheri Butler Brockington and Defendant Hume Health Corp., by and through their undersigned counsel, hereby stipulate to the dismissal of this action as a result of the Parties' settlement. Plaintiff's individual claims are dismissed with prejudice, and the claims of the putative class are dismissed without prejudice. Each party shall bear its own attorneys' fees and costs, except as otherwise provided in the Parties' settlement agreement.

In light of the Parties' settlement and dismissal of this action, the Parties respectfully request that the Court vacate the hearing scheduled for October 26, 2026, and terminate any pending motions as moot.

Submitted this 22nd day of October, 2026.

**Respectfully Submitted:**

*/s/Anthony I. Paronich*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043

**BAKER DONELSON**

*/s/ Erika L. Hughes*
Robert F. Tom (TN #26636)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: 901.577.2159
rtom@bakerdonelson.com

Erika L. Hughes (TN #35755)
265 Brookview Centre Way, Suite 600
Knoxville, Tennessee 37919
Telephone: 865.549.7130
ehughes@bakerdonelson.com

**SCALE LLP**

*/s/ Sabina S. Schiller*
Sabina Schiller (*admitted PHV)
SCALE LLP
2261 Market Street STE 85604
San Francisco, CA 94114
Telephone: (415) 735-5933
E-mail: sschiller@scalefirm.com

***Attorneys for Defendant***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 22, 2026, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/*________________
Attorney